# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BENJAMIN RIEDESEL and KATHERINE RIEDESEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-00033-RSM<br><br>ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS |

This matter comes before the Court on Defendant United States of America's unopposed Motion to Dismiss Plaintiff Katherine Riedesel's claims under Rule 12(b)(1) for lack of subject matter jurisdiction. Dkt. #7. The Court agrees that Ms. Riedesel's claims are properly dismissed for failure to exhaust her administrative remedies. The Court, having reviewed the briefing and the remainder of the record, hereby ORDERS that Defendant's Partial Motion to Dismiss, Dkt. #7, is GRANTED. Katherine Riedesel is hereby DISMISSED from this action.

DATED this 7th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE