Chief Judge Richardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN RIEDESEL

                Plaintiff,

v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 2:21-cv-00033-RSM

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES

**Noted on Motion Calendar:
October 18, 2021**

### JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following pretrial deadlines as set forth in the Court's June 7, 2021, Order Setting Trial Date and Related Dates (Dkt. 12), as set forth below.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| All motions related to discovery must be FILED by | November 12, 2021 | December 3, 2021 |
| Discovery completed by | December 13, 2021 | December 27, 2021 |

//

STIPULATED MOTION AND ORDER FOR EXTENSION
OF PRETRIAL DEADLINES
[2:21-cv-00033-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Good cause exists for extending this deadline. On October 13, 2021, the parties disclosed their respective expert witnesses. At least one expert witness is unavailable to be deposed prior to the current motion cut-off date of November 12, 2021. Although the parties will work to resolve any issues pertaining to expert discovery informally, to the extent issues arise during the course of deposition(s) that necessitate the filing of motions to compel or other motions relating to expert discovery (e.g., not motions *in limine*), the parties will require an extension of the current deadline. The parties have been diligent with respect to both fact and expert discovery to date and the extension is sought merely to accommodate the schedule of at least one expert witness, whose deposition is presently set for November 22, 2021. Extension of the deadline referenced above will not impact the remaining deadlines set forth in the Court's Order. These remaining dates are listed below for the Court's convenience.

| **Deadline** | **Current Deadline** | **Proposed New Deadline** |
| --- | --- | --- |
| All dispositive motions must be filed by | January 11, 2022 | N/A |
| All motions *in limine* must be filed by | March 14, 2022 | N/A |
| Agreed pretrial order due | March 30, 2022 | N/A |
| Trial briefs, proposed findings of fact and conclusions of law, etc. due | April 6, 2022 | N/A |

For the reasons set forth above, the parties believe that there is good cause to request an extension of the above-listed pretrial deadline and respectfully request that the Court grant their motion.

//

//

STIPULATED MOTION AND ORDER FOR EXTENSION
OF PRETRIAL DEADLINES
[2:21-cv-00033-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**SO STIPULATED**.

Dated this 15th day of October, 2021.

        COLBURN LAW

        GREGORY S. COLBURN, WSBA No. 41236
22500 SE 64th Place, Suite 200
Issaquah, WA 98027
Phone:  206-919-3215
Fax:  888-850-2909
Email: greg@colburnlaw.com

Attorney for Plaintiff

**SO STIPULATED**.

Dated this 15th day of October, 2021.

        NICOLAS W. BROWN
United States Attorney

*s/ Erin K. Hoar*
ERIN K. HOAR, CA No. 311332
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email: Erin.Hoar@usdoj.gov

Attorneys for Defendant United States of America

STIPULATED MOTION AND ORDER FOR EXTENSION OF PRETRIAL DEADLINES
[2:21-cv-00033-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**ORDER**

**IT IS SO ORDERED**.

DATED this 19th day of October, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION
OF PRETRIAL DEADLINES
[2:21-cv-00033-RSM] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970