UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN RIEDESEL,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C21-0033-LK<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>NOTED ON MOTION CALENDAR:<br>FEBRUARY 9, 2022 |

## **JOINT STIPULATION**

COME now the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

STIPULATION AND ORDER OF DISMISSAL - 1

DATED this 9th day of February, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | COLBURN LAW |
| *s/ Erin K. Hoar*<br>ERIN K. HOAR, CA No. 311332<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: erin.hoar@usdoj.gov | *s/ Gregory S. Colburn*<br>GREGORY S. COLBURN, WSBA No. 41236<br>22500 SE 64th Place, Suite 200<br>Issaquah, WA 98027<br>Phone: 206-919-3215<br>Fax: 888-850-2909<br>Email: greg@colburnlaw.com |
| *Attorneys for Defendant United States of America* | *Attorney for Plaintiff* |

## **ORDER**

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 10th day of February, 2022.

*[signature]*

Lauren King
United States District Judge